**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**DWIGHT MARKHAM and EVA MARKHAM**                **PLAINTIFFS**

**VS.**                            **CIVIL ACTION NO: 4:13-cv-00238-SA-JMV**

**JOSEPH HEAD, Individually and**
**in his Official capacity as a**
**Police Officer for the City of**
**Greenwood, Mississippi, et al.**                       **DEFENDANTS**

## ORDER OF DISMISSAL WITH PREJUDICE

This matter, having come before the Court, pursuant to a stipulation of dismissal filed by the parties, and having been advised in the premises as to this matter, the Court holds that Plaintiffs' claims against Defendant Chief Henry Purnell in his individual capacity should be dismissed in their entirety with prejudice.

IT IS, THEREFORE, ORDERED that Plaintiffs' claims against Defendant Chief Henry Purnell in his individual capacity are dismissed in their entirety with prejudice.

SO ORDERED, on this the 9th day of April, 2014.

                                                   /s/ Sharion Aycock
                                                   UNITED STATES DISTRICT JUDGE