**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

DWIGHT MARKHAM and
EVA MARKHAM                                                                           PLAINTIFFS

VS.                                                         CIVIL ACTION NO. 4:13-CV-00238-SA-JMV

JOSEPH HEAD, INDIVIDUALLY AND
IN HIS OFFICIAL CAPACITY AS A
POLICE OFFICER FOR THE CITY OF
GREENWOOD, MISSISSIPPI, ET AL.                                                DEFENDANTS

### ORDER GRANTING MOTION TO SEAL DOCUMENTS

Before the court is Plaintiffs' Motion to Seal Records [35]. Specifically, Plaintiffs seek an order sealing medical release authorization forms attached as an exhibit to their Response [29] to Defendants' Motion to Compel. In support of the motion, Plaintiffs merely state the releases serve no purpose in remaining in the public domain and request that said documents be "removed" and sealed. The court finds this statement does not support a request to restrict public access to the documents. Nevertheless, the court finds four pages of the twelve-page exhibit contain private personal information, namely a plaintiff's full social security number. Accordingly, the entire exhibit should be sealed pursuant to FED.R.CIV.P. 5.2(a) because the sensitive information cannot be isolated otherwise. However, Plaintiffs must promptly refile a properly redacted copy of the exhibit and link the same to the prior filing.

**THEREFORE, IT IS ORDERED:**

1. That the Clerk shall forthwith **SEAL** "Exhibit 1" to document [29] ("Response in Opposition re Motion to Compel filed by Dwight Markham").

2. That within 24 hours of this date, Plaintiffs shall file a redacted copy of the sealed exhibit and link it to the previously filed Response [29].

This 8th day of October, 2014.

/s/ Jane M. Virden
U. S. MAGISTRATE JUDGE