IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

DWIGHT MARKHAM AND EVA MARKHAM                                    PLAINTIFFS

V.                                            CIVIL ACTION NO. 4:13-CV-00238-SA-JMV

JOSEPH HEAD, et al.                                                DEFENDANTS

## **ORDER**

Pursuant to a memorandum opinion issued this day, Plaintiff Eva Markham's Voluntary Dismissal [38], treated by the Court as a motion to dismiss, is GRANTED. All claims brought by Plaintiff Eva Markham against Defendants are dismissed without prejudice.

SO ORDERED, this the 30th day of October, 2014.

                                                             /s/ Sharion Aycock
                                                             UNITED STATES DISTRICT JUDGE